FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>District of New Mexico | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If individual Last, First, Middle)<br><br>**Brown-Minneapolis Tank. Co.** | ALL OTHER NAMES used by debtor in the last 6 years<br>(include married, maiden, and trade names) |
|---|---|
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>**85-0403302** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>8301 Broadway SE, Albuquerque, New Mexico 87105 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Bernalillo County, New Mexico** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
☐ Individual            ☐ Corporation Publicly Held
☐ Partnership           ☒ Corporation Not Publicly Held
☐ Other: _____

A. TYPE OF BUSINESS (Check One)
☐ Professional        ☐ Transportation        ☐ Commodity Broker
☐ Retail/Wholesale    ☐ Manufacturing/        ☒ Construction
☐ Railroad               Mining               ☐ Real Estate
                      ☐ Stockbroker           ☐ Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

**Manufacture and sale of storage tanks.**

**VENUE**

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
        or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

301905 v1
HOU:3153315.1

Case 11-14273-s7    Doc 1    Filed 09/28/11    Entered 09/28/11 10:52:44 Page 1 of 8

| | |
|---|---|
| FORM 5 Involuntary Petition | Name of Debtor: Brown-Minneapolis Tank Co. |
| | Case No. _____ (court use only) |

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X /s/ A. Richards CFO<br>Signature of Petitioner or Representative (State title) | X /s/ David A. Zdunkewicz 9/27/2011<br>Signature of Attorney                        Date |
| **Ranger Steel Services, L.P.**<br>Name of Petitioner | **David A. Zdunkewicz/ Andrews & Kurth L.L.P.**<br>Name of Attorney Firm (If any) |
| Date Signed September 26, 2011 | |
| Name & Mailing Address of Individual Signing in Representative Capacity:<br>Attn: Annette Richards<br>Ranger Steel Services L.P.<br>1225 N. Loop W. #650<br>Houston, Texas 77008 | 600 Travis, Suite 4200, Houston, Texas 77002<br>Address<br><br>(713) 220-4200<br>Telephone No. |
| X _____<br>Signature of Petitioner or Representative (State title) | X _____        Date<br>Signature of Attorney |
| **Pace Iron Works, Inc.**<br>Name of Petitioner | **Richard B. Walker, Richard B. Walker, PA**<br>Name of Attorney Firm (If any) |
| Date Signed September ___, 2011 | |
| Name & Mailing Address of Individual Signing in Representative Capacity:<br>7421 Reading Ave SE<br>Albuquerque, NM 87105 | 6605 Uptown Blvd NE #300, Albuquerque, NM 87110<br>Address<br><br>(505) 883-4848<br>Telephone No. |
| X _____<br>Signature of Petitioner or Representative (State title) | X _____        Date<br>Signature of Attorney |
| **American Alloy Steel, Inc.**<br>Name of Petitioner | **Benjamin F. Feuchter, Keleher & McLeod, PA**<br>Name of Attorney Firm (If any) |
| Date Signed September ___, 2011 | |
| Name & Mailing Address of Individual Signing in Representative Capacity:<br>6230 N Houston Rosslyn Rd.<br>Houston, Texas 88091 | 201 Third St. NW 12th Fl, Albuquerque, NM 87102<br>Address<br><br>(505) 346-4646<br>Telephone No. |

FORM 5 Involuntary Petition

Name of Debtor: **Brown-Minneapolis Tank Co.**
Case No. _____
(court use only)

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X _____ | X _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| **Ranger Steel Services, L.P.** | **David A. Zdunkewicz/ Andrews & Kurth L.L.P.** |
| Name of Petitioner / Date Signed September ___, 2011 | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Attn: Annette Richards, Ranger Steel Services L.P., 1225 N. Loop W. #650, Houston, Texas 77008 | 600 Travis, Suite 4200, Houston, Texas 77002 Address<br><br>(713) 220-4200<br>Telephone No. |
| X /s/ [signature] | X /s/ Richard B. Walker    9/23/11 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| **Pace Iron Works, Inc.** | **Richard B. Walker, Richard B. Walker, PA** |
| Name of Petitioner / Date Signed September 27, 2011 | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: 7421 Reading Ave SE, Albuquerque, NM 87105 | 6605 Uptown Blvd NE #300, Albuquerque, NM 87110 Address<br><br>(505) 883-4848<br>Telephone No. |
| X _____ | X _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| **American Alloy Steel, Inc.** | **Benjamin F. Feuchter, Keleher & McLeod, PA** |
| Name of Petitioner / Date Signed September ___, 2011 | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: 6230 N Houston Rosslyn Rd., Houston, Texas 88091 | 201 Third St. NW 12th Fl, Albuquerque, NM 87102 Address<br><br>(505) 346-4646<br>Telephone No. |

| FORM 5 Involuntary Petition | Name of Debtor  Brown-Minneapolis Tank Co. |
| --- | --- |
| | Case No. _____ |
| | (court use only) |

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X _____ | X _____ |
| --- | --- |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| **Ranger Steel Services, L.P.** | **David A. Zdunkewicz/ Andrews & Kurth L.L.P.** |
| Name of Petitioner     Date Signed  September ___, 2011 | Name of Attorney Firm (If any) |
| | 600 Travis, Suite 4200, Houston, Texas 77002 |
| Name & Mailing Address of Individual Signing in Representative Capacity     Attn: Annette Richards  Ranger Steel Services L.P.  1225 N. Loop W. #650  Houston, Texas 77008 | Address |
| | (713) 220-4200 |
| | Telephone No. |
| X _____ | X _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| **Pace Iron Works, Inc.** | **Richard B. Walker, Richard B. Walker, PA** |
| Name of Petitioner     Date Signed  September ___, 2011 | Name of Attorney Firm (If any) |
| | 6605 Uptown Blvd NE #300, Albuquerque, NM 87110 |
| Name & Mailing Address of Individual Signing in Representative Capacity     7421 Reading Ave SE  Albuquerque, NM 87105 | Address |
| | (505) 883-4848 |
| | Telephone No. |
| X /s/ signature  Signature of Petitioner or Representative (State title)  PRESIDENT | X /s/ signature     9/27/11  Signature of Attorney      Date |
| **American Alloy Steel, Inc.** | **Benjamin F. Feuchter, Keleher & McLeod, PA** |
| Name of Petitioner     Date Signed  September 27, 2011 | Name of Attorney Firm (If any) |
| | 201 Third St. NW 12th Fl, Albuquerque, NM 87102 |
| Name & Mailing   ARTHUR J MOORE  AMERICAN ALLOY STEEL  P.O. BOX 40469  HOUSTON, TX 77240-0469 | Address |

| FORM 5 Involuntary Petition | Name of Debtor | **Brown-Minneapolis Tank Co.** |
| --- | --- | --- |
| | Case No. | (court use only) |

| Address of Individual Signing in Representative Capacity | 6230 N Houston Rosslyn Rd. Houston, Texas 88091 | (505) 346-4646 |
| --- | --- | --- |
| | | Telephone No. |

## VERIFICATION BY PETITIONING CREDITOR OF INVOLUNTARY PETITION FOR ORDER FOR RELIEF UNDER CHAPTER 11 TITLE 11 UNITED STATES CODE

On behalf of Ranger Steel Services, L.P. ("Petitioner"), I certify that:

1. Ranger Steel Services, L.P. is a Petitioning Creditor in the above-captioned involuntary Chapter 11 case against Brown-Minneapolis Tank Co. (the "Debtor").

2. The annexed Petition is true and correct according the best of my knowledge, information, and belief.

3. The Petitioner holds a claim against the Debtor in the amount of $192,210.71.

4. The Petitioner's claim is not contingent as to liability nor the subject of a bona fide dispute.

Executed September 26, 2011 at Houston, Texas.

The Petitioner declares under penalty of perjury that the foregoing is true and correct and that if called as a witness, I could and would testify competently thereto.

Ranger Steel Services, L.P.

By: Ranger Steel Management, LLC, general partner

By: *[signature]*
Name: Annette Richards
Title: CFO

Petitioning Creditor

## VERIFICATION BY PETITIONING CREDITOR OF INVOLUNTARY PETITION FOR ORDER FOR RELIEF UNDER CHAPTER 11 TITLE 11 UNITED STATES CODE

On behalf of Pace Iron Works, Inc. ("Petitioner"), I certify that:

1. Pace Iron Works, Inc. is a Petitioning Creditor in the above-captioned involuntary Chapter 11 case against Brown-Minneapolis Tank Co. (the "Debtor").

2. The annexed Petition is true and correct according the best of my knowledge, information, and belief.

3. The Petitioner holds a claim against the Debtor in the amount of $41,040.65.

4. The Petitioner's claim is not contingent as to liability nor the subject of a bona fide dispute.

Executed September 27, 2011 at Albuquerque, New Mexico.

The Petitioner declares under penalty of perjury that the foregoing is true and correct and that if called as a witness, I could and would testify competently thereto.

By: _____
Pace Iron Works, Inc.
Name: JOHN T. REILLY, JR.
Title: PRESIDENT
Petitioning Creditor

# VERIFICATION BY PETITIONING CREDITOR OF INVOLUNTARY PETITION FOR ORDER FOR RELIEF UNDER CHAPTER 11 TITLE 11 UNITED STATES CODE

On behalf of American Alloy Steel, Inc. ("Petitioner"), I certify that:

1. American Alloy Steel, Inc. is a Petitioning Creditor in the above-captioned involuntary Chapter 11 case against Brown-Minneapolis Tank Co. (the "Debtor").

2. The annexed Petition is true and correct according the best of my knowledge, information, and belief.

3. The Petitioner holds a claim against the Debtor in the amount of $4,200.

4. The Petitioner's claim is not contingent as to liability nor the subject of a bona fide dispute.

Executed September 27, 2011 at Houston, Texas.

The Petitioner declares under penalty of perjury that the foregoing is true and correct and that if called as a witness, I could and would testify competently thereto.

By: _____
American Alloy Steel, Inc.
Name: ARTHUR J MOORE
Title: PRESIDENT
Petitioning Creditor