## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 11-14273 | S | | Judge: James S. Starzynski | Trustee Name: MICHAEL J. CAPLAN - CHP 7 |
| Case Name: | BROWN-MINNEAPOLIS TANK CO. | | | | Date Filed (f) or Converted (c): 09/28/2011 (f) |
| | | | | | 341(a) Meeting Date: 12/02/2011 |
| For Period Ending: | 06/30/2014 | | | | Claims Bar Date: 07/08/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Retainer with debtor's attorney | 74,295.66 | 0.00 | | 0.00 | FA |
| 2. Retainer with Broderick, Phillippi | 42,500.00 | 0.00 | | 0.00 | FA |
| 3. Retainer with Wertjes Law Group | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. Fraudulant transfer actions against various parties (u) | 0.00 | 3,500,000.00 | | 0.00 | 3,500,000.00 |
| 5. Insurance refund (u) | 0.00 | 14,859.00 | | 0.00 | 14,859.00 |
| 6. Insurance refund (u) | 0.00 | 2,334.00 | | 0.00 | 2,334.00 |
| 7. Insurance refund (u) | 0.00 | 19,506.00 | | 0.00 | 19,506.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $121,795.66    $3,536,699.00    $0.00    $3,536,699.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

09/25/12 Creditors are reviewing a potential claim by the estate against BMT Acquisition, LLC for preference claims
12/5/12 Trustee has spoken to creidtor's attorney about their search for improper transfers. They are still actively evaluating the issues. Trustee will monitor their progress and await their conclusions
8/19/13 Trustee has hired special counsel to pursue claims against the buyer of the debtor's business
1/15/2014 The Trustee is awaiting the outcome of the aforementioned litigation.
6/17/2014 Trustee is awaiting the out come of the litigation.
 - Michael Caplan 7/15/2014: Trustee has received 3 workers' compensation insurance refund checks (see above)

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 12/31/2015

Trustee Signature:    /s/ MICHAEL J. CAPLAN - CHP 7        Date: 07/24/2014

MICHAEL J. CAPLAN - CHP 7
827 EAST SANTA FE AVENUE
GRANTS, NM 87020
(505) 287-8891

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-14273

Case Name: BROWN-MINNEAPOLIS TANK CO.

Taxpayer ID No: XX-XXX3302

For Period Ending: 06/30/2014

Trustee Name: MICHAEL J. CAPLAN - CHP 7

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX1242

Checking

Blanket Bond (per case limit): $8,500,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $0.00 | $0.00 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $0.00 |

Page Subtotals    $0.00    $0.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1242 - Checking | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:    /s/ MICHAEL J. CAPLAN - CHP 7    Date: 07/24/2014

MICHAEL J. CAPLAN - CHP 7
827 EAST SANTA FE AVENUE
GRANTS, NM  87020
(505) 287-8891

Page Subtotals:    $0.00    $0.00